ISAAC GREENBLATT and ARTHUR GREENBLATT, Respondents, v. MAX G. NIMAN, Individually and as President of the National Foundry Co. of New York, Inc., and M. ROBERT NIMAN, Individually and as Treasurer of the National Foundry Co. of New York, Inc., Appellants.— In an action brought by two officers, directors and stockholders of a corporation, suing individually, against the two remaining directors, for a declaratory judgment determining the right of defendants to fix the compensation of corporate employees, order denying defendants' motion to dismiss the complaint for failure to state facts sufficient to constitute a cause of action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

NORA KRAMER, Appellant, v. SIDNEY DAVID KRAMER, Respondent.— Order, in so far as it grants defendant's motion to modify the judgment of separation rendered in favor of plaintiff and reduces the alimony from forty-five dollars to thirty-five dollars a week, reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, without costs. In our opinion there was not such a change in defendant's circumstances as to warrant the reduction made by the Special Term. In so far as the order allows plaintiff the sum of twenty-five dollars counsel fees in opposing the motion, it is affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

GERALD LEDERMAN, an Infant, by IRVING I. LEDERMAN, His Guardian ad Litem, and IRVING I. LEDERMAN, Respondents, v. BOULEVARD SANITARIUM, INC., Appellant.— Action by an infant to recover damages for injuries sustained while he was a newly-born baby in charge of defendant, and by the father for expenses. The jury awarded plaintiff infant $1,800 and the father $50. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.